```
              IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF ARKANSAS
                        EL DORADO DIVISION
```

EVERICK L. MONK                                              PLAINTIFF

    V.                    Civil No. 11-1063

DAVID RANKIN, *et al.*                                       DEFENDANTS

## O R D E R

On this 24th day of January 2012, there comes on for consideration the report and recommendation filed in this case on December 1, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 6). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's claims against Defendants in their official capacities are DISMISSED WITH PREJUDICE as they are barred by Eleventh Amendment immunity. Plaintiff has failed to assert any claims in his Complaint against David Rankin, Janet Allison, and Jay Courson, and these defendants are DISMISSED WITHOUT PREJUDICE. Plaintiff's claims against the remaining defendants, Roger Giles, Donna Allen, Sarah Jennings, Eric Plummer, Shelly Whaley, Sandra Smith, Unice Walker, Okandice Herron, Al Lachut, Judy Hines and Paula Woods,

are in their individual capacities only, and these defendants will be served.

       IT IS SO ORDERED.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge

AO72A
(Rev. 8/82)