IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

EVERICK MONK                                                                                          PLAINTIFF

V.                                          CASE NO. 11-CV-1063

VICE PRESIDENT ROGER GILES, et al.                                                       DEFENDANTS

## ORDER

      Before the Court is the Report and Recommendation filed May 6, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 31). Judge Bryant recommends that Defendants' Motions to Dismiss (ECF Nos. 22 & 26) be **GRANTED** and that Plaintiff's case be **DISMISSED**. Plaintiff has responded with objections (ECF No. 32), and the Court has reviewed the objections. The Court, being well and sufficiently advised, finds that Plaintiff's objections offer neither law nor fact requiring departure from the Report and Recommendation. After reviewing the record *de novo*, the Court adopts the Report and Recommendation *in toto*.

      Accordingly, Defendants' Motions to Dismiss (ECF Nos. 22 & 26) are **GRANTED** and this action is **DISMISSED** for failure to state a claim upon which relief can be granted. *See* Fed. R. Civ. P. 12(b)(6).

      **IT IS SO ORDERED**, this 3rd day of July, 2013.

                                                 /s/ Susan O. Hickey
                                                 Susan O. Hickey
                                                 United States District Judge